THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:11-CR-213-F-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| DANA BATTEN | ) | |
| Defendant. | ) | |

For good cause shown, Dana Batten's Motion to Seal Sentencing Memorandum is hereby GRANTED. The Clerk of Court is DIRECTED to maintain [DE-122] under seal.

So ordered. This the 28th day of February, 2012.

_____
HONORABLE JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE